UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV09-01730-WDK(FMOx) | Date | April 14, 2010 |
|---|---|---|---|
| Title | J & J Sports Productions, Inc. v. Ashraf Fawwaz Swidan | | |

Present: The Honorable | William D. Keller, United States District Court Judge

Patricia Gomez
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

**Proceedings:**          (IN CHAMBERS) ORDER

Plaintiff J&J Sports Productions, Inc. filed its Complaint on September 10, 2009.  Plaintiff has not served any defendant with a copy of the Complaint.  Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 120 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff-must dismiss the action without prejudice against that defendant or order that service be made within a specified time." **Fed.R.Civ.P**. 4(m).  The service deadline may be extended upon a showing of "good cause" by Plaintiff.  *Id.*

Within ten (10) days of this Order, Plaintiff is ordered to show cause in writing why the case should not be dismissed for a violation of Rule 4(m).  Failure to respond to this OSC will result in the action being dismissed.

IT IS SO ORDERED.

: 

Initials of Preparer   PG